UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

POTAMKIN HY PALMETTO, LLC
d/b/a KENDALL HYUNDAI,

   CASE NO.  1:25-cv-20538-JEM

 Plaintiff(s)

   v.

HYUNDAI MOTOR AMERICA
CORPORATION,

 Defendant(s).
_____/

POTAMKIN HY PALMETTO, LLC
d/b/a KENDALL GENESIS,

 Plaintiff(s)

   v.

GENESIS MOTOR AMERICA, LLC,

 Defendant(s).
_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, POTAMKIN HY PALMETTO, LLC d/b/a KENDALL HYUNDAI and KENDALL GENESIS, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order dated July 21, 2025, Docket Entry 34.

Respectfully submitted this 20th day of August, 2025.

/s/ John W. Forehand
John W. Forehand
Florida Bar No. 979813
jforehand@kfb-law.com
R. Craig Spickard
Florida Bar No. 721751
cspickard@kfb-law.com
Michael J. Sanchez
msanchez@kfb-law.com
Florida Bar No. 1018168
Kurkin Forehand Brandes LLP
1089 W. Morse Blvd., Suite D
Winter Park, FL 32789
Telephone: (407) 602-0249

*Counsel for Plaintiff, Potamkin HY Palmetto, LLC, d/b/a Kendall Hyundai and Kendall Genesis*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John W. Forehand